# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Franklin, Jr., | Case No. 25-cv-4330 (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER OF SERVICE** |
| William Bolin, Warden; David Spets, Lt.; and Daniel Hickey, C.O., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

1.     The application to proceed *in forma pauperis* of plaintiff Mark Franklin, Jr. (ECF No. 2) is GRANTED.

2.     The Clerk of Court is directed to send to the email account designated by the Minnesota Attorney General's Office: (1) a Notice of Electronic Filing notifying the State of Minnesota that this lawsuit has been filed and that *in forma pauperis* status has been granted; and (2) a copy of the operative pleading in this matter (ECF No. 1 and ECF No. 1-1).

3.     The Minnesota Attorney General's Office is directed to file a "Waiver of Service Executed" form on or before **January 5, 2026** with respect to the following Defendants:  William Bolin, David Spets, and Daniel Hickey; except that if any such defendant does not waive service, the Minnesota Attorney General's Office shall file a statement identifying those Defendants for whom service of process is not being waived.

4.      Mr. Franklin must pay the unpaid balance ($330.93) of the statutory filing fee for

this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of

Court shall provide notice of this requirement to the authorities at the institution

where Mr. Franklin is confined.

Dated: December 3, 2025                    *s/ Dulce J. Foster*                          
                                           Dulce J. Foster
                                           United States Magistrate Judge