**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mark Franklin, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>William Bolin, David Spets, and Daniel Hickey,<br><br>Defendants. | Case No. 25-cv-4330 (KMM/DJF)<br><br>**ORDER** |

This matter is before the Court on Plaintiff Mark Franklin, Jr.'s *Motion to Compel Response to Interrogatories and Request for Production of Documents* ("Motion") (ECF No. 24). Mr. Franklin is a pro se litigant and is currently incarcerated at the Minnesota Correctional Facility-Rush City. (*See* ECF No. 1.) He is suing three Department of Corrections employees under 42 U.S.C. § 1983. (*See id*.)

Plaintiff has served two sets of discovery requests on Defendants. (ECF No. 30 at ¶¶ 2, 4.) The first set of discovery requests was served on Defendants on May 4, 2026. (*Id*. at ¶ 2.) Defendants responded to that set of discovery requests on June 5, 2026. (*Id*.) The parties met and conferred on August 25, 2026 regarding that first set of discovery requests. (*Id*. at 3.) On September 18, 2026, Plaintiff served a second set of discovery requests on Defendants. (*Id*. ¶ 4; ECF No. 30-1.) Defendants served responses to the second set of discovery requests on Plaintiff on October 15, 2026. ECF No. 30 at ¶ 5.)

Following that production, Plaintiff filed the instant motion. (ECF No. 24.) Plaintiff asserts that the second set of discovery requests was mailed on August 28, 2026, and alleged that Defendants had not timely responded. (*Id*. at 1-2.) Plaintiff states he "participated in a meet and

confer with the Defendants attorney" on August 25, 2026. (*Id*. at 2.) He argues that Defendants have not timely responded to his second set of discovery requests. (*See id.*) Defendants respond that Plaintiff did not attempt to meet or confer with Defendants about the subject of his motion to compel and state that they timely served their responses within the 30-day period established under the Rules. (ECF Nos. 29, 30.) For the reasons given below, the Court denies Plaintiff's Motion.

First, the Court agrees that Defendants timely responded to Plaintiff's second set of discovery requests. Plaintiff's second set of discovery requests was mailed on September 14, 2026, as shown on the envelope he used to send the set of discovery requests. (ECF No. 30 at ¶ 5; ECF No. 30-1 at 12.) Defendants received Plaintiff's second set of discovery requests by mail on September 18, 2026. (*Id*.) Using the September 14, 2026 mailing date as the starting point, Defendants responses were due October 19, 2026. *See* Fed. R. Civ. P. 33(b)(2); *see also* Fed. R. Civ. P. 6(d); Fed. R. Civ. P. 6(a)(1)(C). Defendants responded to Plaintiff's requests on October 15, 2026, which was timely.

Next, Local Rule 7.1(a) mandates that, "[b]efore filing a motion other than a motion for a temporary restraining order or a motion under Fed. R. Civ. P. 56, the moving party must, if possible, meet and confer with the opposing party in a good-faith effort to resolve the issues raised by the motion." The parties indeed participated in a meet and confer regarding the first set of discovery requests, but the instant Motion pertains to the second set of discovery requests, drafted and mailed by Plaintiff after the August 25, 2026 meet and confer. (*See* ECF No. 30-1 at 2, 12.) Plaintiff presents no evidence suggesting that he attempted to meet and confer with Defendants regarding this Motion.

Plaintiff identifies no particular deficiency in Defendants' discovery responses other than the alleged lack of timeliness, which the Court rejects for the reasons stated herein. Plaintiff's

motion is denied for these reasons.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings herein**, IT IS HEREBY ORDERED THAT**: Plaintiff Mark Franklin, Jr.'s *Motion to Compel Response to Interrogatories and Request for Production of Documents* ("Motion") (ECF No. 24) is **DENIED**.

Dated: October 26, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge